IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| KEITH D. WEBB,<br><br>    Plaintiff,<br><br><br>vs.<br><br><br>SALT LAKE MEDICAL CENTER, IASIS HEALTHCARE, JAMES (JIM) JOHNSTON, MARY MOODY, and BART ADAMS,<br><br>    Defendants. | ORDER ADOPTING MAGISTRATE JUDGE WARNER'S REPORT AND RECOMMENDATION, DENYING MR. WEBB'S MOTION FOR SERVICE OF PROCESS AND GRANTING DISMISSAL OF INDIVIDUAL DEFENDANTS<br><br><br><br>Case No. 2:05-CV-01011 PGC-PMW |

      The court has reviewed the Report and Recommendation filed by Magistrate Judge Warner on March 17, 2006 (#12), and also reviewed the Consent/Concurrence with the Report and Recommendation filed by defendants Salt Lake Medical Center and IASIS Health Care (#14). Mr. Webb has failed to file any objections to the Report and Recommendation filed on March 17, 2006. The court adopts the Report and Recommendation filed by Magistrate Judge Warner, and DENIES Mr. Webb's motion for service of process (#6). The court also DISMISSES Mr. Webb's complaint pertaining to the individual defendants in this case,

including James Johnston, Mary Moody, and Bart Adams, in accordance with the Report and Recommendation.

    SO ORDERED.

    DATED this 2nd day of May, 2006.

                                      BY THE COURT:

                                      Paul G. Cassell
                                      United States District Judge